**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Laurel Beeler<br>U.S. Magistrate Judge | **RE:** | Rosenthal, Bryan |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:19-CR-00217-RS-01 |

**Date:**   **June 11, 2019**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Katrina Chu, Specialist                                  415-436-7508

**U.S. Pretrial Services Officer**                       **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __B__ on __7/11/2019__ at __10:30 AM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

> *A. The defendant shall not possess any firearm, destructive device, or other dangerous weapon;*
> *B. The defendant shall not use alcohol to excess and shall not use or possess any narcotic controlled substance without a legal prescription;*
> *C. The defendant shall not change residence without prior approval of Pretrial Services;*
> *D. The defendant shall have no contact with any minors (under the age of 18) outside the physical presence of their parent or legal guardian;*
> *E. The defendant shall have no access to any internet capable device without computer monitoring software installed by Pretrial Services; and*
> *F. The defendant shall be subject to location monitoring and must abide by a curfew of 7:00 p.m. to 7:00 a.m. as directed by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_[signature]_                                              June 17, 2019

**JUDICIAL OFFICER**                          **DATE**