STEVEN G. KALAR
Federal Public Defender
Northern District of California
GEOFFREY HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Geoffrey_hansen@fd.org

Counsel for Defendant ROSENTHAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19-217 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CHANGE OF PLEA DATE AND TO EXCLUDE TIME FROM AUGUST 6, 2019 TO AUGUST 27, 2019** |
| v. | |
| BRYAN ROSENTHAL, | |
| Defendant. | |

The above titled matter is currently scheduled for a change of plea on August 6, 2019 at 2:30 p.m. The defendant needs additional time to review the plea agreement and related material. Therefore, the parties agree that this date shall be vacated and the matter be placed on calendar for a change of plea on August 27, 2019 at 2:30 p.m.

The parties further stipulate that the time between August 6, 2019 and August 27, 2019 be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate, and ask the Court to find, that the requested exclusion of time are in the

interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

| August 2, 2019 | DAVID L. ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

/S
AJAY KRISHNAMURTHY
Assistant United States Attorney

| August 2, 2019 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
GEOFFREY HANSEN
Chief Assistant Federal Public Defender

IT IS SO ORDERED.

August 5, 2019
Dated

RICHARD SEEBORG
United States District Judge