DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, P.C.**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Facsimile (415) 398-7500
Email: djcohen@bayareacrimlaw.com

Attorneys for Defendant **Bryan P. Rosenthal**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-CR-00217-RS |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| BRYAN PETER ROSENTHAL, | |
| Defendant. | |

Good cause appearing, it is hereby ORDERED that the status hearing in the above-captioned matter, presently scheduled for December 10, 2019, in Courtroom 3, at 2:30 p.m., be vacated and rescheduled for January 7, 2020, as a status hearing, in Courtroom 3, at 2:30 p.m.

///

It is further ordered that the period of time between December 10, 2019 and January 7, 2020 is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), to allow for continuity and effective preparation of defense counsel.

**IT IS SO ORDERED.**

Dated: 12/3/19

_____
THE HONORABLE RICHARD G. SEEBORG
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA