DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, P.C.**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Facsimile (415) 398-7500
Email: djcohen@bayareacrimlaw.com

Attorneys for Defendant **BRYAN P. ROSENTHAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>BRYAN PETER ROSENTHAL,<br><br>               Defendant. | Case No. 3:19-CR-00217-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

**GOOD CAUSE APPEARING THEREFOR,** IT IS HEREBY STIPULATED AS BETWEEN THE PARTIES AS FOLLOWS:

Defendant BRYAN ROSENTHAL, by and through his counsel David J. Cohen, Esq., and the government, by and through its counsel, Assistant United States Attorney Noah Stern, hereby stipulate that, subject to the Court's approval, the status hearing in the above-captioned matter, presently scheduled for January 7, 2020, in Courtroom 3, at 2:30 p.m., be vacated and rescheduled for January 21, 2020, as a status hearing, in Courtroom 3, at 2:30 p.m. The reason

STIPULATION AND [PROPOSED] ORDER THEREON
PEOPLE V. ROSENTHAL;
CASE NO. 3:19-CR-00217-RS

1

for this request is as follows: Defense counsel, David J. Cohen, Esq. is currently in trial in Contra Costa County, in the case of *People v. Barrera*, Case No. 051419613, before the Honorable Theresa J. Canepa. The Barrera trial is ongoing as anticipated to conflict with the currently scheduled hearing on January 7, 2020. It was anticipated that defense counsel, Michael J. Pellegrini, Esq., would be available to specially appear for Mr. Cohen, but due to a personal matter Mr. Pellegrini is no longer available to appear. Further, the parties are continuing to coordinate efforts to have a defense expert conduct a forensic examination of digital evidence in this case, and the parties are continuing ongoing discussions related to the potential resolution.

Defendant and the government further agree and stipulate to exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). The parties agree to the exclusion of time under the Speedy Trial Act to allow for continuity and effective preparation of defense counsel, and that the ends of justice are served by granting the continuance and outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: January 2, 2020    By: /s/ David J. Cohen
                                  DAVID J. COHEN, ESQ.

Attorneys for Defendant
**BRYAN P. ROSENTHAL**

Dated: January 2, 2020    By: /s/ Noah Stern
                                  NOAH STERN, ESQ.
                                  Assistant United States Attorney

DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, P.C.**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Facsimile (415) 398-7500
Email: djcohen@bayareacrimlaw.com

Attorneys for Defendant **Bryan P. Rosenthal**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>BRYAN PETER ROSENTHAL,<br><br>      Defendant. | Case No. 3:19-CR-00217-RS<br><br>**ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

  Good cause appearing, it is hereby ORDERED that the status hearing in the above-captioned matter, presently scheduled for January 7, 2020, in Courtroom 3, at 2:30 p.m., be vacated and rescheduled for January 21, 2020, as a status hearing, in Courtroom 3, at 2:30 p.m.

///

It is further ordered that the period of time between January 7, 2020 and January 21, 2020 is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), to allow for continuity and effective preparation of defense counsel.

**IT IS SO ORDERED.**

Dated: 1/3/2020

_____
THE HONORABLE RICHARD G. SEEBORG
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA