DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, P.C.**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Facsimile (415) 398-7500
Email: djcohen@bayareacrimlaw.com

Attorneys for Defendant **BRYAN P. ROSENTHAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PETER ROSENTHAL,<br><br>Defendant. | Case No. 3:19-CR-00217-RS<br><br>**ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Good cause appearing, it is hereby ORDERED that the status hearing in the above-captioned matter, presently scheduled for Tuesday, April 14, 2020, in Courtroom 3, at 2:30 p.m., be vacated and rescheduled for Tuesday, June 2, 2020, as a hearing on Mr. Rosenthal's motions, in Courtroom 3, at 1:30 p.m. and the following briefing schedule:

Mr. Rosenthal's motions are due on or before Thursday, April 28, 2020;

The government's opposition to Mr. Rosenthal's motions is due on or before Tuesday, May 19, 2020;

[PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Rosenthal*;
Case No. 3:19-CR-00217-RS

4

Mr. Rosenthal's reply to the government's opposition to Mr. Rosenthal's motions is due on or before Tuesday, May 26, 2020.

It is further ordered that the period of time between April 14, 2020 and June 2, 2020 is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv), and 3161(h)(1)(D), to allow for continuity and effective preparation of defense counsel and for the disposition of Mr. Rosenthal's pretrial motions.

**IT IS SO ORDERED.**

Dated: 3/19/2020

_____
HONORABLE RICHARD G. SEEBORG
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Rosenthal*;
Case No. 3:19-CR-00217-RS

5