DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    FAX: (415) 436-7234
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-217 RS |
|     Plaintiff, | STIPULATION TO CONTINUE MOTION TO SUPPRESS HEARING AND RELATED BRIEFING DEADLINES ORDER |
|     v. | |
| BRYAN PETER ROSENTHAL, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Bryan Peter Rosenthal, that the motion to suppress hearing scheduled for June 2, 2020 at 2:30 p.m. be continued until July 14, 2020, at 2:30 p.m.

On April 28, 2020, Mr. Rosenthal filed his Motion to Suppress Fruits of the Search Warrant and his Motion for the Production of Evidence Pursuant to *Henthorn* and Rule 6. The government's opposition is currently due on May 19, 2020, Mr. Rosenthal's reply is currently due on May 26, 2020, and the hearing is set for June 2, 2020. Mr. Rosenthal is out of custody.

Counsel for the government needs an additional period of time to prepare its opposition filing due to the coronavirus pandemic. Counsel for the defendant consents to the government's request and the parties stipulate to the following revised briefing schedule and hearing date:

- June 16, 2020 – Government's Opposition
- June 30, 2020 – Defendant's Reply
- July 14, 2020 at 2:30 p.m. – Hearing

Time is automatically excluded between June 2, 2020 and July 14, 2020 because the Defendant's Motion to Suppress is currently pending.  *See* 18 U.S.C. § 3161(h)(1)(D).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:    May 8, 2020                              /s/
                                                   NOAH STERN
                                                   Assistant United States Attorney

DATED:    May 8, 2020                              /s/
                                                   DAVID J. COHEN
                                                   Counsel for Defendant BRYAN PETER ROSENTHAL

## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Suppress is rescheduled from June 2, 2020 to July 14, 2020.  The government's opposition to Defendant's motion is due on June 16, 2020 and the Defendant's reply brief is due on June 30, 2020.  Time is automatically excluded between June 2, 2020 and July 14, 2020 because the Defendant's Motion to Suppress is currently pending.  *See* 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

DATED:  May 8, 2020                                 _____
                                                    HON. RICHARD SEEBORG
                                                    United States District Judge