DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY A. SMOLEN (CABN 293328)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6779
    FAX: (415) 436-7234
    Molly.smolen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-0217-RS |
| Plaintiff, | STIPULATION AND ORDER SETTING STATUS DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| BRYAN PETER ROSENTHAL, | |
| Defendant. | |

On July 13, 2020, this Court issued an order denying Defendant's Motion to Suppress. *See* Dkt. 64. No future dates have yet been set in this case. Defense counsel, Michael Pelligrini is currently on leave, and is expected back in mid-September. Accordingly, the parties hereby stipulate and agree that this matter should be set for a status hearing on September 15, 2020. The parties further stipulate and agree that time should be excluded under the Speedy Trial Act from August 10, 2020 through September 15, 2020 (inclusive), pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agreed to the exclusion of time under the Speedy Trial Act to allow for continuity and effective preparation of defense counsel—specifically, to allow counsel to continue to review the materials already produced by the United States, and given Mr. Pellegrini's current absence from work. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties agree that the ends of justice are served by granting the continuance and outweigh the

1  interests of the public and the defendant in a speedy trial.

2  SO STIPULATED:

3                                                              DAVID L. ANDERSON
                                                               United States Attorney
4

5  DATED: August 10, 2020                           _____/s/_____
6                                                              MOLLY A. SMOLEN
                                                               Assistant United States Attorney
7

8  DATED: August 10, 2020                           _____/s/_____
9                                                              DAVID COHEN
                                                               Attorney for the Defendant

STIPULATION AND ORDER 19-CR-0217-RS                2

**ORDER**

Based on the stipulation of the parties above, the Court hereby ORDERS that this case shall be set for a status hearing on September 15, 2020, and FINDS that the exclusion of time from August 10, 2020 through September 15, 2020 (inclusive) is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A). The failure to grant the requested continuance would deny defendant effective preparation of counsel and continuity of counsel. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

DATED: 8/10/2020

_____
HON. RICHARD SEEBORG
United States District Judge