DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, P.C.**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Facsimile (415) 398-7500
Email: djcohen@bayareacrimlaw.com

Attorneys for Defendant **Bryan P. Rosenthal**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PETER ROSENTHAL,<br><br>Defendant. | Case No. 3:19-CR-00217-RS<br><br>**ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Good cause appearing, it is hereby ORDERED that the status conference in the above-captioned matter, presently scheduled for Tuesday, October 27, 2020, at 2:30 pm be vacated and rescheduled to Tuesday, January 19, 2021 at 2:30 p.m.

///

ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Rosenthal*;
Case No. 3:19-CR-00217-RS

1

It is further ordered that the period of time between October 27, 2020 and January 19, 2021 should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv), and 3161(h)(1)(D), to allow for continuity and effective preparation of defense counsel.

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____
HONORABLE RICHARD G. SEEBORG
UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Rosenthal*;
Case No. 3:19-CR-00217-RS

2