DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-cr-00217-RS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| BRYAN PETER ROSENTHAL, | |
| Defendant. | |

Counsel for the United States and counsel for the defendant, Bryan Rosenthal, are jointly requesting the status conference in this case scheduled for January 19, 2021, be rescheduled for February 23, 2021. Counsels jointly stipulate and request that time be excluded under the Speedy Trial Act from January 19, 2021 to February 23, 2021.

The government and counsel for the defendant have agreed that time be excluded under the Speedy Trial Act, as the parties are exploring the possibility of a resolution to the current matter.

Further, there is additional outstanding discovery issues that parties are exploring, which once resolved, defense counsel will need reasonable time to review for effective preparation and assistance of counsel.

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
No. 19-CR-00217 MAG                1

For these reasons, the parties stipulate and agree that excluding time until February 23, 2021, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding time from January 19, 2021 to February 23, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: January 12, 2021

_____/s/_____
ALEXIS JAMES
Assistant United States Attorney

DATED: January 12, 2021

_____/s/_____
DAVID COHEN
Attorney for the Defendant

## ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from January 19, 2021 to February 23, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 19, 2021 to February 23, 2021 from computation under the Speedy Trial Act outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 19, 2021 to February 23, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 12, 2021

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
No. 19-CR-00217 MAG         3