DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, P.C.**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Facsimile (415) 398-7500
Email: djcohen@bayareacrimlaw.com

Attorneys for Defendant **Bryan P. Rosenthal**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PETER ROSENTHAL,<br><br>Defendant. | Case No. 3:19-CR-00217-RS<br><br>**ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Good cause appearing, it is hereby ORDERED that the status conference in the above-captioned matter, presently scheduled for Tuesday, March 9, 2021, at 2:30 pm be vacated and rescheduled to Tuesday, March 23, 2021 at 2:30 p.m.

///

[PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Rosenthal*;
Case No. 3:19-CR-00217-RS

1

It is further ordered that the period of time between March 9, 2021 and March 23, 2021 should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv), and 3161(h)(1)(D), to allow for continuity and effective preparation of defense counsel.

**IT IS SO ORDERED.**

Dated: March __8__, 2021

_____
HONORABLE RICHARD G. SEEBORG
CHIEF UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
*U.S. v. Rosenthal*;
Case No. 3:19-CR-00217-RS

2