UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PETER ROSENTHAL<br><br>Defendant. | No. 19-CR-00217 RS<br><br>ORDER |

The parties appeared before the Court on November 3, 2021, for a status conference. At the status conference, defense counsel represented that it would be filing a series of motions. The defendant filed three motions on January 14, 2022. This Court accordingly sets the below briefing schedule for motion practice.

   Defendant's Motions filed—on Friday, January 14, 2022

   Government's Opposition—due Friday, February 11, 2022

   Defendant's Reply Brief—due Friday, March 11, 2022

   Hearing on Defendant's Motions set for Tuesday, March 22, 2022

THEREFORE, FOR GOOD CAUSE SHOWN:

The matter is set for hearing on the motion on March 22, 2022 at 2:30 pm via zoom.

IT IS SO ORDERED.

January 20, 2022
DATE

HONORABLE RICHARD SEEBORG
United States District Court Judge