DAVID J. COHEN, ESQ.
California Bar No. 145748
djcohen@baclpc.com
JASON T. CAMPBELL, ESQ.
California Bar No. 255445
jtcampbell@baclpc.com
**BAY AREA CRIMINAL LAWYERS, P.C.**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Facsimile (415) 398-7500
Email: djcohen@bayareacrimlaw.com

Attorneys for Defendant **Bryan P. Rosenthal**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BRYAN PETER ROSENTHAL,<br><br>            Defendant. | Case No. 3:19-CR-00217-RS<br><br>**ORDER CONTINUING THE TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the trial in the above-captioned matter, presently scheduled for Monday, June 26, 2023, at 9:00 a.m. be vacated and rescheduled to Monday, December 4, 2023 at 8:30 a.m.

**IT IS FUTHER ORDERED** that the pretrial conference presently scheduled for Wednesday, June 7, 2023 be vacated and be set on Wednesday, November 15, 2023 at 10:00 a.m.

It is further ordered that the period of time between Monday, June 7, 2023 and Monday, December 4, 2023 should be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv), and 3161(h)(1)(D), to allow for continuity and effective preparation of defense counsel.

**IT IS SO ORDERED.**

Dated: May 23, 2023

_____
HONORABLE RICHARD G. SEEBORG
UNITED STATES DISTRICT COURT JUDGE