UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PETER ROSENTHAL,<br><br>Defendant. | Case No. 19-cr-00217-RS-1<br><br>**ORDER DENYING MOTION TO COMPEL** |

Defendant Bryan Rosenthal moves to compel the Government to review and produce material under *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991). Oral argument on the motion to compel was held on December 4, 2023. The motion to compel is denied.

Rosenthal first points to the Government's *Henthorn* obligation to examine the personnel files of law enforcement officers it intends to call as witnesses at trial. The Government, however, has no obligation under *Henthorn* to review personnel files possessed by state agencies. *See United States v. Dominguez-Villa*, 954 F.2d 562, 566 (9th Cir. 1992). The Government also represents that it has already produced all of the materials it received after serving subpoenas on the San Francisco Police Department and the San Francisco Department of Police Accountability to Rosenthal.[1]

The Government is obligated, on the other hand, "to examine the personnel files of federal

---

[1] Rosenthal can attempt to obtain files held by state agencies pursuant to procedures outlined in General Order No. 69. Rosenthal has now served at least one such subpoena.

law enforcement witnesses." *Id.* The Government represents it has satisfied its obligations pertaining to any federal personnel records that may exist for Sergeant Christopher Servat, given Servat's cross-designation as a Task Force Officer, by investigating whether any federal agency possesses such records and determining it has no further disclosure obligations. Based on this representation, the Government has satisfied its obligations relating to any federal personnel files that might pertain to Servat.

For these reasons, Rosenthal's motion to compel is denied.

**IT IS SO ORDERED**.

Dated: December 4, 2023

_____
RICHARD SEEBORG
Chief United States District Judge