UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN PETER ROSENTHAL,<br><br>Defendant. | Case No. 19-cr-00217-RS-1<br><br>**ORDER FOLLOWING *IN CAMERA* REVIEW OF SUBPOENAED RECORDS** |

This Court conducted *in camera* review of records possessed by the San Francisco Police Department (SFPD) beginning with the letters "MCD" and subpoenaed by Defendant Bryan Rosenthal. Rosenthal, in his opposition to the SFPD's motion to quash, argued the records are relevant because they bear on Sergeant Christopher Servat's credibility as a witness and on the credibility of his policework. The records reviewed *in camera* do not contain relevant material. Thus, the subpoenaed records do not meet the standard for production under *United States v. Nixon*, 418 U.S. 683, 699–700 (1974), and need not be produced by the SFPD to Rosenthal. Rosenthal's subpoena to the SFPD is quashed as to these remaining records.

**IT IS SO ORDERED**.

Dated: December 27, 2023

_____
RICHARD SEEBORG
Chief United States District Judge