JOHN J. JORDAN, ESQ. (State Bar No. 175678)
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Tel:  (415) 391-4814
Fax:  (415) 391-4309
Email:jjordanesq@aol.com

Counsel for Defendant
BRYAN ROSENTHAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYAN ROSENTHAL,<br><br>    Defendant. | CASE NO.  CR-19-0217-RS<br><br>ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order confirming a change of plea/trial setting date of May 28, 2024, at 9:30 a.m., vacating the currently-scheduled status hearing date of April 23, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 23, 2024, until May 28, 2024.  The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently out of custody.

2. This matter is currently set for a status hearing on April 23, 2024.

3. The parties are working to resolve this matter, and the government and the defense has been meeting and conferring towards that possible goal.  The parties have agreed to additional meeting(s), in an attempt to settle the case, and the parties believe that the discussions are proceeding in good faith, and ask that the case be set for change of plea/trial setting on May 28, 2024.

4. Discovery in this case has been produced, and the defendant also continues to prepare his defense in the event that this case does not settle and the parties proceed to trial.  Accordingly, defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice are served by excluding the period from April 23, 2024, through and including May 28, 2024, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court:

    (1) confirms a status date on May 28, 2024 at 9:30 a.m.;

    (2) vacates the currently-scheduled hearing date of April 23, 2024; and

    (3) orders that the period from April 23, 2024, through and including May 28, 2024, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: April 22, 2024.

United States Attorney

*/s/ Ajay K. Krishnamurthy*
AJAY K. KRISHNAMURTHY
Assistant United States Attorney

*/s/ John J. Jordan*
JOHN J. JORDAN
Counsel for the Defendant

IT IS SO ORDERED.

DATED: April 22, 2024

HON. RICHARD SEEBORG
United States District Judge