1  JOHN J. JORDAN, ESQ. (State Bar No. 175678)
   601 Montgomery Street, Suite 850
2  San Francisco, CA 94111
   Tel: (415) 391-4814
3  Fax: (415) 391-4309
   Email:jjordanesq@aol.com
4
   Counsel for Defendant
5  BRYAN ROSENTHAL

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9  UNITED STATES OF AMERICA,         )  CASE NO. CR-19-0217-RS
                                     )
10         Plaintiff,                )  ORDER AND STIPULATION SETTING
                                     )  SENTENCING DATE
11     v.                            )
                                     )
12 BRYAN ROSENTHAL,                  )
                                     )
13         Defendant.                )
                                     )
14

15     With the agreement of the parties, and with the consent of the defendant, the Court enters this

16 order confirming a sentencing date of October 15, 2024, at 9:30 a.m., and vacating the currently-

17 scheduled sentencing date of September 24, 2024. The parties agree, and the Court finds and holds, as

18 follows:

19     1. The defendant is currently out of custody.

20     2. This matter is currently set for a sentencing hearing on September 24, 2024.

21     3. The defendant requests a short continuance, to allow the defendant additional time to prepare

22 a sentencing memorandum, and to avoid a potential conflict with another federal case. AUSA

23 Krishnamurthy and U.S. Probation Officer Chu have graciously agreed to the defendant's request.

24     4. As the defendant has already pled guilty in this case, the provisions of the Speedy Trial Act

25 do not apply.

26     5. The parties have conferred with the Court's courtroom deputy, who confirmed that the

27 requested date is available.

28     6. Accordingly, and with the consent of the defendant, the Court:

STIP. AND ORDER CR 119-0217-RS                     1

1    (1) confirms a sentencing date on October 15, 2024, at 9:30 a.m.; and

2    (2) vacates the currently-scheduled hearing date of September 24, 2024.

3    IT IS SO STIPULATED.

4 DATED:  September 14, 2024,

United States Attorney

*/s/ Ajay K. Krishnamurthy*
AJAY K. KRISHNAMURTHY
Assistant United States Attorney

*/s/ John J. Jordan*
JOHN J. JORDAN
Counsel for the Defendant

13    IT IS SO ORDERED.

15 DATED: 9/16/2024

HON.  RICHARD SEEBORG
United States District Judge

STIP. AND ORDER CR 119-0217-RS                2